UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOHNSON LE, | ) | Case No. CV 07-4609 GHK (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:   5/16/11

_____
George H. King
United States District Judge